**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| GEORGE D. MILANES, | Case No.: 8:24-cv-1040-CEH-SPF |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC., AFFIRM, INC. | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff George D. Milanes and

Defendant Experian Information Solutions, Inc. ("Experian"), have resolved the

claims between them in this matter. The parties are in the process of finalizing the

terms and performance attendant to that resolution.  The parties anticipate

completing that performance within the next sixty (60) days and submitting to the

Court the necessary dismissal papers. In the interim, the Parties ask that the Court

vacate all deadlines in this matter, as to Defendant Experian only. Plaintiff further

requests that the Court retain jurisdiction for any matters related to completing

and/or enforcing the settlement.

//

*Milanes v. Experian Information Solutions, Inc. et al*
Notice of Settlement

RESPECTFULLY SUBMITTED this 18th day of June 2024

**CONSUMER ATTORNEYS**

*/s/ Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorneys for Plaintiffs,*
*George D. Milanes*

*Milanes v. Experian Information Solutions, Inc. et al*
Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing with

the Clerk of the Court using the ECF system, which will send notice of such filing

to all attorneys of record in this matter.

*/s/ Catherine Tillman*