UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE D. MILANES,

   Plaintiff,

v.   Case No: 8:24-cv-1040-CEH-SPF

EXPERIAN INFORMATION SOLUTIONS, INC. and AFFIRM, INC.,

   Defendants.

## ORDER

Upon consideration of the parties' Joint Stipulations for Dismissal with Prejudice (Docs. 36, 38), which have been signed by all parties, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice. The Clerk is directed to terminate pending motions and deadlines, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on August 2, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties